UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-61908-CIV-ALTONAGA/Brown

UNITED NATIONAL INSURANCE
COMPANY,

     Plaintiff,
vs.

FARACHE ENTERPRISES, *et al.*,

     Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the Mediation Report [D.E. 38], filed on July 31, 2008. The Court having carefully reviewed the Report, the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Final Order of Dismissal, with a proposed order, within **thirty (30) days** of the date of this Order. Upon the parties' filing of the Stipulation, the Court will enter an order dismissing the case with prejudice. Pursuant to the CM/ECF Administrative Procedures, the proposed orders **shall be submitted to the Court by e-mail in WordPerfect or Word format** at altonaga@flsd.uscourts.gov.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions

CASE NO. 07-61908-CIV-ALTONAGA/Brown

are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida this 1st day of August, 2008.

*[signature: Cecilia M. Altonaga]*

**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:

Counsel of record